**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| HSIN HUANG CHANG | : |
| | : |
| v. | : NO. 3:19-cv-2024-OAW |
| | : |
| JENNY JN NAILS INC d/b/a Sarah Nail; BURTIS NAIL INC d/b/a Burtis Nail; JENNY GJ INC d/b/a Nail by Jenny; and DAE EUN LEE a/k/a Sarah Lee | : : : : : |

## DEFAULT JUDGMENT

Default under Fed. R. Civ. P. 55(a) having been entered against defendants Jenny JN Nails Inc, Burtis Nail Inc, and Jenny GJ Inc on September 20, 2021, and against Dae Eun Lee on January 26, 2022; and

Plaintiff having filed a motion for default judgment pursuant to 55(b)(1), the Court having issued a Ruling and Order granting plaintiff's motion on June 26, 2023, and issuing an Order on July 13, 2023, calculating the following: $8,475.94 in damages, $8,475.94 in liquidated damages, $37,019.70 in attorneys' fees, and $1,468.47 in costs; with prejudgment interest to be included in the sum of $1.49 per day from May 11, 2018, to the date that judgment is entered, and $0.83 per day from May 16, 2019, to the date that judgment is entered; it is hereby

ORDERED, ADJUDGED and DECREED that, consistent with the Court's orders, judgment is hereby entered and the case is closed.

EOD: 7-14-2023

Dated at Hartford, Connecticut this 14th day of July, 2023.

                                                 DINAH MILTON KINNEY, Clerk

                                                 By  /S/ Jeremy J. Shafer
                                                 Jeremy Shafer
                                                 Deputy Clerk